ney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, J., absent.

## Commonwealth *v.* Lucas, Appellant.

Submitted November 15, 1972. *Robert D. Hain,* for appellant; *R. Gordon Kennedy,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is reversed and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.

## Commonwealth *v.* Martin, Appellant.

Argued November 16, 1972. *Stephen H. Hutzelman,* for appellant; *Charles D. Agresti* and *Daniel J. Kuhn,* Assistant District Attorneys, and *R. Gordon Kennedy,* District Attorney, submitted a brief, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, J., absent.

## Commonwealth *v.* Miller, Appellant.

Submitted November 13,

1972. *Simon B. John,* Assistant Public Defender, for appellant; *Conrad B. Capuzzi,* Assistant District Attorney, and *Richard D. Cicchetti,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Miller, Appellant.

Submitted November 13, 1972. *Simon B. John,* Assistant Public Defender, for appellant; *Conrad B. Capuzzi,* Assistant District Attorney, and *Richard D. Cicchetti,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Mills, Appellant.

Submitted November 16, 1972. *Burton L. Fish,* for appellant; *Bernard L. Siegel,* First Assistant District Attorney, and *R. Gordon Kennedy,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Morin, Appellant.

Argued November 13, 1972. *Sallie Ann Radick,* Assistant Public Defender, with her *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender,